Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000
Fax: 214.466.4001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Sharon Fast Fulgham**
Staff Associate
214.466.4153
sfulgham@morganlewis.com

June 9, 2009

**VIA Court's ECF System**

Judge Irma Ramirez
United States Magistrate Judge
1100 Commerce Street, Room 1567
Dallas, Texas 75242

Re:   *Emmanuel v. Cognizant*, Case No. 3:08-cv-0955-B

Dear Judge Ramirez:

The purpose of this letter is to provide notice that the parties have reached a confidential settlement agreement in the above-referenced matter. Accordingly, the hearing currently scheduled to take place in your Court on Wednesday, June 10th regarding Defendant's Motion to Reopen Plaintiff's Deposition will not be necessary.

The parties are in the process of preparing the necessary settlement and dismissal papers at this time.

Please feel free to contact me should you have any additional questions or concerns.

Sincerely,

Sharon Fast Fulgham

cc:   Ann Marie Painter
      Dan Atkerson

DB1/63076269.1