UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEDEST EMMANUEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3: 08-CV-00955-B |
| | § | |
| COGNIZANT TECHNOLOGY | § | |
| SOLUTIONS U.S. CORPORATION | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Plaintiff's Unopposed Motion To Dismiss With Prejudice (doc. 55), finds the motion should be, and it is hereby, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all causes of action and claims in this action are **DISMISSED WITH PREJUDICE**, with attorneys' fees and costs being paid by the party incurring same.

SO ORDERED.

SIGNED  July 20, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -